[6ord27] [ORDER CONDITIONALLY DENYING REAFFIRMATIO]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                              Case No. 6:13–bk–01893–CCJ
                                                                                                    Chapter 7

Bo R. Ramsey
6516 Fortune Lane
Apopka, FL 32712

_____Debtor(s)_____/

ORDER CONDITIONALLY DENYING
REAFFIRMATION AGREEMENT

   This case came on for consideration upon the filing of a Reaffirmation Agreement between the debtor(s) and AmeriCredit Financial Services, Inc.. . Doc No. 15 . The Reaffirmation Agreement is not in compliance with Title 11 U.S.C. Section 524(c) of the Bankruptcy Code and cannot be approved by the Court. Accordingly it is:

   ORDERED:

   1. Pursuant to Bankruptcy Rule 4008 and Section 524(m) of the Bankruptcy Code, if the debtor(s) oppose the entry of an order denying the Reaffirmation Agreement, the debtor(s) must file the completed form titled "Reaffirmation Agreement Explanation" available at the Court's website (www.flmb.uscourts.gov) and include current Schedules I and J.

   2. If the debtor(s) do *not* file appropriate documents with the Court within 21 days of the entry of this order, the Reaffirmation Agreement is denied without further notice of hearing.

   3. If the debtor(s) *do* file timely documents, the Court will review the pleadings and either set a hearing or enter an appropriate order.

DONE AND ORDERED on April 30, 2013 .

                                                                                    *Cynthia C. Jackson*
                                                                                    _____
                                                                                    Cynthia C. Jackson
                                                                                    United States Bankruptcy Judge